IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANGELA D. SINK                                                                                   PLAINTIFF

v.                                    No. 4:15–CV–55-JLH–BD

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                              DEFENDANT

### ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After carefully reviewing Judge Deere's Recommendation, Ms. Sink's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Ms. Sink's lawsuit is DISMISSED, with prejudice.

IT IS SO ORDERED, this 24th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE