IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANGELA D. SINK                                                                                              PLAINTIFF

v.                                       No. 4:15–CV–55-JLH–BD

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                                DEFENDANT

## JUDGMENT

In accordance with the Order entered this day, Plaintiff Angela D. Sink's appeal is dismissed, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 24th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE